UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETHA PHANGDY,<br><br>    Plaintiff,<br><br>v.<br><br>RALPH DIAZ, et al.,<br><br>    Defendants. | Case No. 19-cv-04318-JST<br><br>**SUA SPONTE REFERRAL FOR DETERMINING RELATIONSHIP** |

Plaintiff, a California state prisoner proceeding *pro se*, filed this civil rights action under 42 U.S.C. § 1983. Pursuant to Civil Local Rule 3-12(c), this case is hereby REFERRED *sua sponte* to the Honorable Lucy H. Koh for consideration of whether the case is related to *Ruiz v. Diaz*, et al., No. C 19-1928 LHK (PR). The cases appear to assert the same or similar claims against the same or similar defendants.

The clerk shall file a copy of this order in Case No. 19-cv-1928 LHK.

**IT IS SO ORDERED.**

Dated: August 19, 2019

JON S. TIGAR
United States District Judge